**FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

SEP 0 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| EDDIE BURNELL, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08 C 50192 |
| THE GATES RUBBER COMPANY, a foreign corporation, | ) Kapala |
| Defendant. | ) |

## JURY DEMAND

Plaintiff EDDIE BURNELL, JR., by his attorneys, PETER DeBRUYNE, P.C. and OLIVER, CLOSE, WORDEN, WINKLER & GREENWALD LLC, demands a trial by jury.

        EDDIE BURNELL, JR., Plaintiff

        By: PETER DeBRUYNE. P.C.

        By: OLIVER, CLOSE, WORDEN, WINKLER & GREENWALD LLC

        By: s/John Rearden, Jr.

Peter DeBruyne
Peter DeBruyne, P.C.
838 N. Main St.
Rockford, IL 61103

John Rearden, Jr.
Oliver, Close, Worden, Winkler & Greenwald LLC
124 N. Water St., Suite 300
P.O. Box 4749
Rockford, IL, 61110-4749
815/968-7591