*United States District Court for the Northern District of Illinois*

Case Number: 08-50192    Assigned/IssuedBy: PG

---

## FEE INFORMATION

**Amount Due:**  [X] $350.00    [ ] $39.00    [ ] $5.00
                 [ ] IFP         [ ] No Fee   [ ] Other _____

*(For use by Fiscal Department Only)*

Amount Paid: 350.00            Receipt #: 0752000000003069303

Date Paid: 9/2/08              Fiscal Clerk: PG

FILED
SEP 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ISSUANCES

**Type Of Issuance:**
[X] Summons              [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons
[ ] Wage-Deduction Garnishment Summons
[ ] Citation to Discover Assets
[ ] Writ _____
        (Type of Writ)

Original and  0  copies on  9/2/08  as to  Defendant
                            (Date)

C:\wpwin80\docket\fecinfo.frm  01/01