**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>EDDIE BURNELL, JR.<br>   v.<br>THE GATES RUBBER COMPANY,<br>a foreign corporation | Case Number: 08 C 50192 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EDDIE BURNELL, JR. , Plaintiff

| |
|---|
| NAME (Type or print)<br>Timothy A. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Timothy A. Miller |
| FIRM<br>Oliver, Close, Worden, Winkler & Greenwald LLC |
| STREET ADDRESS<br>124 N. Water St., Suite 300 |
| CITY/STATE/ZIP<br>Rockford, IL  61107 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198854 | TELEPHONE NUMBER<br>(815) 968-7591 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐