U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　Case Number: 08 C 50192
EDDIE BURNELL, JR.
　　　v.
THE GATES RUBBER COMPANY,
a foreign corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

EDDIE BURNELL, JR., Plaintiff

| NAME (Type or print) |
| --- |
| Peter DeBruyne |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Peter DeBruyne |

| FIRM |
| --- |
| Peter DeBruyne, P.C. |

| STREET ADDRESS |
| --- |
| 838 N. Main St. |

| CITY/STATE/ZIP |
| --- |
| Rockford, IL 61103 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 0599840 | (815) 964-3810 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL [ ]　　APPOINTED COUNSEL [ ]